# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DEVERICK SCOTT                                                                                    PLAINTIFF
ADC #131042

v.                                          5:17CV00272-JM-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction; *et al.*                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Clerk amend the docket to reflect the full and correct names of Defendants as follows: Randy Watson, James Gibson, Christopher Budnik, Kennie Bolden, Roderick Johnson, James Plummer, Michael Demery, Tonda Spencer, and Faye Pittman.

2. Defendants' Motion for Partial Summary Judgment (Doc. No. 56) is GRANTED.

3. Plaintiff's claims against Defendants Reed, Watson, Gibson, Budnik, Bolden, Johnson, Plummer, Demery, Spencer, King, and Pittman are DISMISSED without prejudice for failure to exhaust administrative remedies.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

1

DATED this 18th day of April, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE