# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DEVERICK SCOTT                                                                                      PLAINTIFF
ADC #131042

v.                                      5:17CV00272-JM

WENDY KELLEY, Director,
Arkansas Department of Correction; *et al.*                                               DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 9th day of October, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE